IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY L. BILLINGER, )
        Petitioner, )
)  Civil Action No. 08-321 Erie
v. )
)
KENNETH R. CAMERON, et al., )
)
        Respondents. )

## **MEMORANDUM ORDER**

This habeas corpus action was received by the Clerk of Court on November 18, 2008, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 13], filed on may 13, 2010, recommended that Petitioner's Petition be denied and that a certificate of appealability be denied. The parties were allowed fourteen (14) days from the date of service to file objections. Service was made on Petitioner by certified mail and on Respondents. Petitioner filed objections on June 1, 2010 [Doc. No. 14]. After de novo review of the petition and documents in the case, together with the Report and Recommendation and objections thereto, the following order is entered:

AND NOW, this 28th day of June, 2010;

IT IS HEREBY ORDERED that the Petitioner's Petition for Writ of Habeas Corpus is DENIED and a certificate of appealability is DENIED.

The Report and Recommendation [Doc. No. 13] of Magistrate Judge Baxter, filed on May 13, 2010, is adopted as the opinion of the Court.

                                      s/   Sean J. McLaughlin
                                              United States District Judge

cm:   All parties of record
       Susan Paradise Baxter, U.S. Magistrate Judge